IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ANDREW SHAW, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:19-cv-3077-M-BN |
| WELLS FARGO BANK, N.A. a/k/a WELLS FARGO HOME MORTGAGE and ALBERTELLI LAW, | § § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated May 1, 2020, and the Defendant's Objections [Dkt. No. 36], the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

Plaintiff's Motion for Leave to Amend Complaint [Dkt. No. 27] is GRANTED and, because the addition of ARNS Investments LLC as a defendant destroys complete diversity, this case is remanded to the 162nd Judicial District Court of Dallas County, Texas, from which it was removed.

**SO ORDERED** this _22_ day of May, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE